Case 6:25-cr-00043   Document 1   Filed on 05/10/25 in TXSD   Page 1 of 1

United States Courts
Southern District of Texas
**FILED**
*05/10/2025*

Nathan Ochsner, Clerk of Court

AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

Southern District Of Texas Corpus Christi Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** vs. Miguel Angel PUAC-Ramirez | **CRIMINAL COMPLAINT** Case Number: V-25-036M |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about  May 09, 2025  in  Lavaca  County, in the  Southern District Of Texas  defendant(s)

Miguel Angel PUAC-Ramirez, a native and citizen of Guatemala, and an alien who had been previously deported from the United States was found unlawfully within the United States in Hallettsville, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security for application for readmission into the United States,

in violation of Title  8  United States Code, Section(s)  1326(a)(1)

I further state that I am a(n)  Border Patrol Agent  and that this complaint is based on the following facts:

On May 09, 2025, Lavaca County Sheriff's Deputy encountered Miguel Angel PUAC-Ramirez during a vehicle stop for disregarding a traffic control device. The deputy contacted the Corpus Christi Border Patrol Station for assistance. Agents determined PUAC to be a citizen and national of Guatemala without any immigration documents that would allow him to enter or remain in the United States legally. Record checks revealed PUAC was ordered removed from the United States by a designated official on October 21, 2012 and was physically removed from the United States to Guatemala on November 21, 2012 via New Orleans, Louisiana. PUAC stated he last entered the United States illegally on or about January 01, 2014 near Hidalgo, Texas. There is no evidence to indicate PUAC has applied for re-admission into the United States from any lawful authority.

I DECLARE UNDER PENALTY OF PERJURY THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Signature of Complainant

Gonzalez, Alejandro   Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

May 10, 2025                                                          at          Corpus Christi, Texas
Date                                                                                    City/State

Julie K. Hampton        U.S. Magistrate Judge
Name of Judge           Title of Judge                                      Signature of Judge